IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHERIE CARTAGENA, :
: CIVIL ACTION
Plaintiff, : NO. 17-3461
:
v. :
:
TEMPLE UNIVERSITY HOSPITAL, INC., :
:
Defendant. :

# **O R D E R**

**AND NOW** this **27th** day of **June, 2019,** upon consideration of Defendant's motions for summary judgment (ECF Nos. 12 & 15) and Plaintiff's cross-motion for partial summary judgment (ECF No. 13), and the responses and replies thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's motions are **GRANTED** and Plaintiff's motion is **DENIED.**

    **AND IT IS SO ORDERED.**

                                     */s/ Eduardo C. Robreno*
                                     *EDUARDO C. ROBRENO,    J.*